## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:   0:11-CV-60601-SEITZ/SIMONTON

**SUMMIT TOWERS CONDOMINIUM
ASSOCIATION, INC.,**

  **Plaintiff,**

**vs.**

**QBE INSURANCE CORPORATION,**

  **Defendant.**

_____/

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE COURT'S DEADLINE FOR DEFENDANT TO FILE RESPONSES TO PLAINTIFF'S MOTIONS IN LIMINE

Defendant, QBE INSURANCE CORPORATION ("QBE"), hereby files its unopposed motion to extend the Court's deadline through May 10, 2012 for Defendant to file responses to Plaintiff's Motions in Limine, and as good cause would state:

1. The Court's Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate provides that all Motions in Limine *and* Responses must be filed by April 30, 2012. D.E. 15 at p. 2, subsection (c).

2. On April 12, 2012, Plaintiff sent an email containing two (2) proposed Motions in Limine. On April 16, 2012, via email, QBE advised of its position on Plaintiff's proposed Motions and also set forth the eight (8) Motions in Limine it intended to file. On April 20, 2012, the parties had a conference call to comply with Local Rule 7.1.(a)(3) at which time they further discussed these Motions. See email chain attached as **Exhibit "A."**

3. Defendant filed six (6) Motions in Limine on April 24, 2012 [D.E. 129-134] and two (2) Motions in Limine on April 25, 2012 [D.E. 135-136].

4. On the evening of April 24, 2012, counsel for Plaintiff advised via telephone that Plaintiff intended to file twenty-one (21) Motions in Limine. On April 25, 2012, via email,

Plaintiff's counsel advised of the relief sought in the twenty-four (24) Motions Plaintiff intended to file. See email attached as **Exhibit "B."**[1]

5. Via email, on April 26, 2012, Plaintiff advised of an additional Motion in Limine it intended to file. See email attached as **Exhibit "C."**

6. On April 28, 2012, QBE advised, via email, of its position regarding the twenty-five (25) Motions in Limine. See email attached as **Exhibit "D."**

7. On Sunday, April 29, 2012 at 5:07 PM, Plaintiff filed its first Motion in Limine. [D.E. 139]. Subsequent Motions, D.E. 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151 and 152 followed. Based on the representations in Plaintiff's emails, QBE believes there will be eleven (11) more.

8. This Court's Trial Order [D.E. 15] specified that all Motions in Limine must be filed *and* responded to by April 30, 2012. Under the foregoing circumstances, it is an impossibility for QBE to comply with this Court's Order requiring a statement of the purpose for the challenged evidence and the legal authority supporting the admissibility of the evidence for each of the fourteen (14), or anticipated twenty-five (25), of Plaintiff's Motions in Limine by midnight tonight.[2]

9. Accordingly, QBE submits that it has good cause to request the Court extend ten (10) additional days, through May 10, 2012, in which to file its responses to Plaintiff's Motions in Limine.

10. The parties discussed the issues raised in this Motion via telephonic conference on April 29, 2012 at 2:30PM. Plaintiff's counsel advised they have no objection to the extension of time sought herein by QBE in which to file its responses to Plaintiff's Motions in Limine.

11. However, should the Court not be inclined to grant QBE's Motion, in the alternative, QBE respectfully requests the Court deny all of Plaintiff's Motions in Limine for its failure to timely comply with the Court's Order [D.E. 15].

---

[1] QBE had previously been advised of #6 and #20 in Plaintiff's list. QBE agreed to #6 and, as to #20, it agreed to the extent the Motion was directed at all other buildings other than the Summit Towers property.
[2] Furthermore, lead counsel for QBE, William S. Berk and Melissa M. Sims, are in trial on another matter out of town. The Partner handling the file in their absence is attending a Pre-Trial Conference before Judge Lenard beginning at 3:30 PM in the matter of <u>Palm Bay Yacht Club Condo. Ass'n. v. QBE Insurance Corp.</u>, CASE NO. 10-23685-CIV-LENARD/TURNOFF.

BERK, MERCHANT | & | SIMS
PLC

2 ALHAMBRA PLAZA, SUITE 700 • CORAL GABLES, FLORIDA 33134 • PHONE: 786.338.2900 • FAX: 786.338.2888

**WHEREFORE**, Defendant, QBE INSURANCE CORPORATION, respectfully requests that this Honorable Court enter an order granting it an extension through May 10, 2012 to file its Responses to all of Plaintiff's Motions in Limine, or in the alternative, deny each of Plaintiff's Motions for its failure to timely comply with D.E. 15.[3]

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

The undersigned hereby certifies that the parties discussed the issues raised in this motion via telephonic conference on April 29, 2012 at 2:30PM. Plaintiff's counsel advised they have no objection to the extension of time sought herein by QBE in which to file its responses to Plaintiff's Motions in Limine.

### CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST:**
David Pettinato, Esq.
Florida Bar No.: 062324
dpettinato@merlinlawgroup.com
William Harris, Esq.
Florida Bar No.: 0069023
CHarris@merlinlawgroup.com
Jean F. Niven, Esq.
Florida Bar No.: 407607
jniven@merlinlawgroup.com
Craig Kubiak, Esq.
Florida Bar No.: 061735
ckubiak@merlinlawgroup.com
Merlin Law Group
777 S. Harbour Island Blvd.
Tampa, FL 33606
Telephone:   813-229-1000
Facsimile:   813-229-3692

**/s/ Jocelyn C. Mroz**
Jocelyn C. Mroz

---

[3] Proposed Orders on Defendant's Motion are attached as **Exhibit "E"** and will be emailed in accordance with CM/ECF 3I(6).