UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-CV-60601-SEITZ / SIMONTON

**SUMMIT TOWERS CONDOMINIUM
ASSOCIATION, INC.,**

    Plaintiff,

vs.

**QBE INSURANCE CORPORATION,**

    Defendant.
_____/

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION IN LIMINE TO PRECLUDE TESTIMONY AND EVIDENCE REGARDING "MATCHING" OR "UNIFORMITY"

**COMES NOW** the Plaintiff by and through its undersigned counsel, and hereby files this Response in Opposition to Defendant's Motion in Limine to Preclude Testimony and Evidence Regarding "Matching" or "Uniformity," [D.E. 134] and as grounds therefore would state as follows:

**ISSUE:** Defendant alleges that Plaintiff intends to assert "matching" or "uniformity" in the instant case. Simply put, that is incorrect. As of the date of this pleading, Plaintiff has never inferred, much less alleged, that it is seeking indemnification from QBE for "matching" or "uniformity".

**LEGAL SUPPORT:** By this Court's order dated April 30, 2012, [D.E. 153], Defendant's Motion for Summary Judgment regarding this issue was denied[1]. Plaintiff has not asserted "matching" or "uniformity"; and as such, it is a 'non-issue'.

**WHEREFORE,** the Plaintiff respectfully requests that this Court deny Defendant's Motion in Limine [D.E. 134] and Grant any and all further relief this Court deems just and proper.

---

[1] As this Court stated, in pertinent part, "[T]here is no need for a summary judgment on this issue as it has not been asserted and cannot be in dispute".

T0438761.DOC;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of April I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the attached Service List below.

    */s/ Craig C. Kubiak, Esquire*
Craig C. Kubiak, Esquire
Florida Bar Number: 061735
ckubiak@merlinlawgroup.com
William C. Harris, Esquire
Florida Bar No. 0069023
charris@merlinlawgroup.com
David J. Pettinato, Esquire
Florida Bar No. 062324
dpettinato@merlinlawgroup.com
Jean F. Niven, Esquire
Florida Bar No. 407607
jniven@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd, Ste 950
Tampa, Florida  33602
Attorneys for Plaintiff

T0438761.DOC;1

## SERVICE LIST

William S. Berk, Esquire
Florida Bar No.: 349828
wberk@berklawfirm.com
Jocelyn C. Mroz, Esquire
Florida Bar No.: 349828
jmroz@berklawfirm.com
Melissa M. Sims, Esquire
Florida Bar No.: 85936
msims@berklawfirm.com
Berk, Merchant & Sims, PLC
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
(786) 338-2896
(786) 338-2888 facsimile
Co-Counsel for Defendant

Raoul G. Cantero, Esquire
Florida Bar No.: 552356
rcantero@whitecase.com
White & Case, LLP
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700
(305) 358-5744 facsimile
Co-Counsel for Defendant